652 A.2d 171

WILLIAM CRAIG, ET AL. v. SUBURBAN CABLEVISION, INC.

November 30, 1994.

## ORDER

Leave to appeal is granted.